CLERK'S OFFICE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
ROBERT C. BYRD U.S. COURTHOUSE
110 N. HEBER STREET, ROOM 119
BECKLEY, WV 25801

OFFICIAL BUSINESS

DEC - 4 2014

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Justice Low Seam Mining, Inc.
106 Lockheed Drive
Beaver, WV 25813

7011 1570 0002 0293 5731

CERTIFIED MAIL

neopost
12/01/2014
US POSTAGE $06.69⁰
ZIP 25801
041L10249337
FIRST-CLASS MAIL

NIXIE   250  7E  1  0009    0012/03/14

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 25801455244          *0871-01592-01-41

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Justice Low Seam Mining Inc
106 Lockheed Drive
Beaver, WV 25813

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____    ☐ Agent
                          ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:         ☐ No

Writ of Execution
Poss. & Expund.

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7011 1570 0002 0293 5731

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

### NOTICE OF POSSIBILITY OF EXEMPTIONS

PIKE ELECTRIC, LLC
    Plaintiff

VS:                                        Our No. 5:14-0373

JUSTICE LOW SEAMS MINING, INC.
    Defendant

**NOTICE IS HEREBY GIVEN THAT IN THE ABOVE-STYLED CASE, A WRIT OF EXECUTION HAS BEEN REQUESTED BY THE PLAINTIFF AND ISSUED BY THE CLERK SO THE PLAINTIFF MAY RECOVER THE JUDGMENT ENTERED AGAINST YOU BY THE SEIZURE OF PERSONAL PROPERTY OWNED BY YOU.**

Please see the attached copy of the Writ of Execution which has been issued by the Clerk.

NOTICE is further given that under the laws of the State of West Virginia or the United States of America, there exist certain exemption rights that may be available to you which would relieve you of the obligation to pay all or part of this judgment by means of the Writ of Execution requested by the Plaintiff.

You may consult an attorney for more specific information on the nature and kind of these exemptions to see if you are eligible for same. If you are eligible for such exemptions, your attorney (or you, if you have no attorney), may file a Request for Exemptions in the Clerk's Office, United States District Court for the Southern District of West Virginia, 110 North Heber Street, Suite 119, (Post Office Drawer 5009), Beckley, West Virginia, 25801, and to the United States Marshal's Office, United States Courthouse and Federal Building, 300 Virginia St., East, Charleston, West Virginia, 25301, stating specifically your reason for an exemption and requesting a hearing on same. This should be done within twenty (20) days of receiving this notice. A copy of your Request for Exemption should also be sent to Plaintiff's Attorney whose name and address are Anders W. Lindberg, STEPTOE & JOHNSON, P.O. BOX 2195, Huntington, WV 25722-2195.

DATE: December 1, 2014

TERESA L. DEPPNER, CLERK

By *[signature]*
Deputy Clerk

USDC/PJR-003   Writ of Execution (Rev. 06/10)

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

PIKE ELECTRIC, LLC.

V.

JUSTICE LOW SEAM MINING, INC.

WRIT OF EXECUTION

CIVIL ACTION 5:14-0373

### IN THE NAME OF THE UNITED STATES OF AMERICA:

### TO THE UNITED STATES MARSHAL
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA:

Pursuant to judgment taken in this action on  December 19, 2013  we command you that of the goods and chattels of  JUSTICE LOW SEAM MINING, INC.  in your bailiwick, you cause to be made the sum of $ 421,078.10  with interest thereon at the rate of  8 % per annum from  December 19, 2013  until paid, plus $8,925.00 in administrative fees, which the above named  PIKE ELECTRIC, LLC  recovered against the named  JUSTICE LOW SEAM MINING, INC.  and make your return thereof on  February 20, 2015

TERESA L. DEPPNER, CLERK OF COURT

DATE: December 1, 2014

BY: _____
DEPUTY CLERK

USDC/PJR-003  Writ of Execution (Rev. 06/10)

# RETURN ON WRIT OF EXECUTION
*(FOR COMPLETION BY THE UNITED STATES MARSHAL OR A DEPUTY UNITED STATES MARSHAL)*

**DATE RECEIVED:** _____    **DATE EXECUTED:** _____

This writ was received and executed.

**COMMENTS:**

_____

_____

_____

_____

_____

_____

_____

_____

JOHN D. FOSTER
UNITED STATES MARSHAL

BY: _____
            DEPUTY MARSHAL