# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

**U.S. Department of Justice**
United States Marshals Service

| | |
|---|---|
| PLAINTIFF: Pike Electric, LLC | COURT CASE NUMBER: 5:14-cv-00373 |
| DEFENDANT: Justice Low Seam Mining, Inc. | TYPE OF PROCESS: Writ |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Justice Low Seam Mining, Inc.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): CT Corporation System, 5400 Big Tyler Road, Charleston, WV 25313

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Steptoe & Johnson PLLC
Attn: James Adkins
PO Box 1588
Charleston, WV 25326-1588

Number of process to be served with this Form 285:
Number of parties to be served in this case: 1
Check for service on U.S.A.

FILED MAR 17 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Business address: 106 Lockheed Drive, Beaver, WV 25813

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 304-353-8102
DATE: 11/26/14

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 88
District to Serve No.: 88
Signature of Authorized USMS Deputy or Clerk
Date: 12/2/14

☐ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*)

Date: 3/10/15   Time: 10:30 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: 3/10/15 - Expired / Returned Unexecuted

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

USDC/PJR-003  Writ of Execution (Rev. 06/10)

---

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

PIKE ELECTRIC, LLC.

V.

JUSTICE LOW SEAM MINING, INC.

WRIT OF EXECUTION

CIVIL ACTION 5:14-0373

*[RECEIVED 2014 DEC -2 AM 10:54 U.S. MARSHAL S/W VA CHARLESTON]*

### IN THE NAME OF THE UNITED STATES OF AMERICA:

### TO THE UNITED STATES MARSHAL
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA:

Pursuant to judgment taken in this action on __December 19, 2013__ we command you that of the goods and chattels of __JUSTICE LOW SEAM MINING, INC.__ in your bailiwick, you cause to be made the sum of $ __421,078.10__ with interest thereon at the rate of __8__ % per annum from __December 19, 2013__ until paid, plus $8,925.00 in administrative fees, which the above named __PIKE ELECTRIC, LLC__ recovered against the named __JUSTICE LOW SEAM MINING, INC.__ and make your return thereof on __February 20, 2015__.

TERESA L. DEPPNER, CLERK OF COURT

DATE: __December 1, 2014__

BY: _[signature]_
DEPUTY CLERK

USDC/PJR-003 Writ of Execution (Rev. 06/10)

## RETURN ON WRIT OF EXECUTION
*(FOR COMPLETION BY THE UNITED STATES MARSHAL OR A DEPUTY UNITED STATES MARSHAL)*

**DATE RECEIVED:** _____     **DATE EXECUTED:** _____

This writ was received and executed.

**COMMENTS:**

_____

_____

_____

_____

_____

_____

_____

_____

JOHN D. FOSTER
UNITED STATES MARSHAL

BY: _____
            DEPUTY MARSHAL